UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DONG J. XING, | ) | **JUDGMENT** |
| Plaintiff | ) | |
| | ) | No. 7:10-CV-35-H2 |
| v. | ) | |
| | ) | |
| AMERICAN AIRLINES, INC., | ) | |
| Defendant | | |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge as a result of plaintiff's failure to demonstrate proper service on the defendant American Airlines, Inc.**

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED plaintiff has failed to properly serve the defendant American Airlines, Inc. and therefore failed to comply with this court's order of July 13, 2010, therefore, this action is dismissed pursuant to Federal Rules of Civil Procedure 4 and 41(b).**

This Judgment Filed and Entered on November 1, 2010 with service on:

Dong J. Xing (via US Mail), P.O. Box 15986, Wilmington, NC 28408
Thomas A. Far (via cm/ecf Notice of Electronic Filing)
Shera Stewart (via cm/ecf Notice of Electronic Filing)

Date: November 1, 2010

_____  DENNIS P. IAVARONE, CLERK
                                                    /s/ Delsia Heath
_____  (By): Delsia Heath, Deputy Clerk